UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECTION 23 PROPERTY OWNER'S ASSOCIATION, INC., a Florida corporation

        Plaintiff,

v.
                                                      Case No:  2:15-cv-371-FtM-38MRM

JANE B. ROBINSON, ALBERT M. ROBINSON, ANITA ROBINSON, DAVID KEITH OAKS, ANDREW GEORGE KONTOS, HARVEY GOLDSTEIN, KAREN LYNN PERRY, RONALD EVERETT WOODS and JOSEPH WILFRED HARRIS,

        Defendants.

_____/

## ORDER[1]

      This matter comes before the Court on Defendant Albert M. Robinson's Motion for Judgment of Default (Doc. #12) filed on July 10, 2015.  One day before the instant Motion was filed, the Court remanded this action to the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida, after determining that it lacked subject matter jurisdiction.  (Doc. #10).  Because of this, the instant Motion must be denied as moot.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Defendant Albert M. Robinson's Motion for Judgment of Default (Doc. #12) is

**DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 13th day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record