UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECTION 23 PROPERTY OWNER'S ASSOCIATION, INC., a Florida corporation

      Plaintiff,

v.                                                                                          Case No: 2:15-cv-371-FtM-38MRM

JANE B. ROBINSON, ALBERT M. ROBINSON, ANITA ROBINSON, DAVID KEITH OAKS, ANDREW GEORGE KONTOS, HARVEY GOLDSTEIN, KAREN LYNN PERRY, RONALD EVERETT WOODS and JOSEPH WILFRED HARRIS,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Defendant Albert M. Robinson's Motion for Judicial Notice (Doc. #20) filed on August 7, 2015. On July 9, 2015, the Court remanded this action back to the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida (Doc. #10). Therefore, the Court fails to have jurisdiction over this matter, and Defendant Albert M. Robinson's Motion must be denied.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendant Albert M. Robinson's Motion for Judicial Notice (Doc. #20) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of August, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record