UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECTION 23 PROPERTY
OWNER'S ASSOCIATION, INC.,

      Plaintiff,

v.                                              Case No: 2:15-cv-371-SPC-MRM

JANE B. ROBINSON, ALBERT
M. ROBINSON, ANITA
ROBINSON, DAVID KEITH
OAKS, ANDREW GEORGE
KONTOS, HARVEY
GOLDSTEIN, KAREN LYNN
PERRY, RONALD EVERETT
WOODS and JOSEPH
WILFRED HARRIS,

      Defendants.
_____/

**ORDER**[1]

Albert Robinson, proceeding *pro se*, has filed a Motion for this Court to Either Hold Roger D. Eaton[2] in Contempt of Court or Order Roger D. Eaton to Forthwith Transfer the 14-000601-CC Case to Circuit Court as the Previous Order Commanded (Doc. 38). He requests that the Court order the state court

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] Eaton is the Clerk of the Circuit Court & County Comptroller for Charlotte County, Florida.

to transfer the state-court case to circuit court (the case is currently in county court). He argues (again) that this case was never remanded to state court because the Clerk did not mail the remand order to the state-court clerk as required by 28 U.S.C. § 1447(c). The Court rejected this argument five months ago (Doc. 28) and rejects it again for the same reasons. As the docket shows, the Clerk mailed certified copies to the Charlotte County Clerk on July 9, 2015. Correspondingly, the state-court docket reflects the receipt of the certified remand order on July 13, 2015. The Court was divested of jurisdiction by the time the Clerk mailed the certified remand order. *E.g.*, *Shapiro v. Logistec USA, Inc.*, 412 F.3d 307, 312 (2d Cir. 2005) ("Section 1447(d) establishes that once a section 1447(c) remand order has been mailed to the state court pursuant to the latter section, federal jurisdiction is at an end."). Any request to transfer the case from county to circuit court would need to be raised in the state court.

Accordingly, it is now

**ORDERED:**

Albert Robinson, proceeding *pro se*, filed a Motion for this Court to Either Hold Roger D. Eaton in Contempt of Court or Order Roger D. Eaton to Forthwith Transfer the 14-000601-CC Case to Circuit Court as the Previous Order Commanded (Doc. 38) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on September 22, 2021.

                                            SHERI POLSTER CHAPPELL
                                            UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3